FILED

2008 JUL -9 PM 3:18

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury  '08 CR 2268 LAB

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute |
| FERNANDO RODRIGUEZ-MENDOZA, ) | |
| Defendant. ) | |

The grand jury charges:

On or about June 29, 2008, within the Southern District of California, defendant FERNANDO RODRIGUEZ-MENDOZA did knowingly and intentionally possess, with intent to distribute, 50 kilograms and more, to wit: approximately 85.32 kilograms (188.10 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: July 9, 2008.

A TRUE BILL,

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CHARLOTTE E. KAISER
Assistant U.S. Attorney

CEK:fer:Imperial
7/8/08