**ERICK L. GUZMAN**
California State Bar No. 244391
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: erick_guzman@fd.org

Attorneys for Fernando Rodriguez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FERNANDO RODRIGUEZ, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 08CR2268-LAB <br><br> **DATE:**     **August 25, 2008** <br> **TIME:**     **2:00 p.m.** <br><br> _**AMENDED**_ **EXHIBIT B TO MOTIONS TO SUPPRESS EVIDENCE DUE TO FOURTH AMENDMENT VIOLATIONS, ETC.** |

# EXHIBIT B

ERICK L. GUZMAN
California State Bar No. 244391
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Email: erick_guzman@fd.org

Attorneys for Mr. Rodriguez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FERNANDO RODRIGUEZ, ) <br> ) <br> Defendant. ) | CASE NO. 08CR2268-LAB <br><br> DECLARATION OF FERNANDO RODRIGUEZ |

I, FERNANDO RODRIGUEZ, state as follows, under penalty of perjury:

1. I drove to the Highway 86 checkpoint on July 29, 2008.

2. When the agent approached me, he stated that I matched the characteristics of someone they were waiting for.

3. Border Patrol agents took me inside of an office at the checkpoint. I did not feel free to leave this office. At this point, the agents asked me if they could search my truck.

4. Border Patrol agents placed me inside of a small room, with my back against the wall. There were two agents, and both were tall.

1  5. I felt very nervous and pressured. The agents told me that they would help me if I spoke with
2  them.
3  I swear that to the best of my knowledge and memory, the foregoing is true and correct this __05__ th
4  day of August, 2008.

*[signature]*
Fernando Rodriguez
Declarant

ERICK L. GUZMAN
California State Bar No. 244391
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Email: erick_guzman@fd.org

Attorneys for Mr. Rodriguez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>FERNANDO RODRIGUEZ,<br><br>  Defendant. | CASE NO. 08CR2268-LAB<br><br>DECLARATION OF FERNANDO RODRIGUEZ |

I, FERNANDO RODRIGUEZ, state as follows, under penalty of perjury:

1. I drove to the Highway 86 checkpoint on July 29, 2008.

2. Border Patrol agents took me inside of an office at the checkpoint. I did not feel free to leave this office. At this point, the agents asked me if they could search my truck.

3. Border Patrol agents placed me inside of a small room, with my back against the wall. There were two agents, and both were tall.

4. I felt very nervous and pressured. The agents told me that they would help me if I spoke with them.

I swear that to the best of my knowledge and memory, the foregoing is true and correct this 05 th day of August, 2008.

*[signature]*
**Fernando Rodriguez**
Declarant

1  **ERICK L. GUZMAN**
   California State Bar No. 244391
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: erick_guzman@fd.org

5  Attorneys for Fernando Rodriguez

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                **(HONORABLE LARRY A. BURNS)**

11 | UNITED STATES OF AMERICA,        )  Case No. 08CR2268-LAB
                                     )
12 |         Plaintiff,               )
                                     )
13 | v.                               )  **CERTIFICATE OF SERVICE**
                                     )
14 | FERNANDO RODRIGUEZ,              )
                                     )
15 |         Defendant.               )
   |_____ )

17    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his
18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                              Rebecca Kanter
       Rebecca.Kanter@usdoj.gov,glory.rascon@usdoj.gov,efile.dkt.gc1@usdoj.gov

21                                          Respectfully submitted,

23 DATED:    August 6, 2008                /s/ Erick L. Guzman
                                           **ERICK L. GUZMAN**
24                                         Federal Defenders of San Diego, Inc.
                                           Attorneys for Fernando Rodriguez