UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08CR2268-LAB |
| Plaintiff, ) | |
| v. ) | **ORDER TO PRESERVE AND RE-WEIGH NARCOTICS EVIDENCE** |
| FERNANDO RODRIGUEZ, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the United States Government and its agents make available to the defense attorney and his agents, for examination and weighing, the drugs seized in the above-referenced case. The Government and its agents are further ordered not to destroy, transfer, or otherwise dispose of the drugs prior to their weighing, without emergency application to this Court, notice to Mr. Rodriguez, and an opportunity to respond.

This Order expires September 4, 2008.

**SO ORDERED.**

Dated: 8-17-08

_____
HONORABLE LARRY A. BURNS
United States District Court Judge