# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# (HONORABLE LARRY A. BURNS)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR2268-LAB |
| Plaintiff, | ) | |
| v. | ) | |
| FERNANDO RODRIGUEZ, | ) | **ORDER** |
| Defendant. | ) | |

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that:

The government shall provide discovery of canine Hoby's test results for the past two years including Hoby's scores in real world situations, if any; and evidence, if any, the dog alerts to non-drug items such as packaging materials, gasoline, oil.

**IT IS SO ORDERED.**

DATED: September 5, 2008

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge